UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAURICE DEMETRIUS THOMAS,
    a/k/a "Thomas Maurice,"
    a/k/a "Lil Dice,"

      Defendant.
_____/

No. 1:21-CR-150-03

Hon. Robert J. Jonker
Chief U.S. District Judge

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on November 22, 2021, Defendant pled guilty to Counts 1 and 9 of the Indictment, which charged him with conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C) and 841(b)(1)(D), and possession of firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

WHEREAS, pursuant to Defendant Maurice Demetrius Thomas's guilty plea and plea agreement, the Defendant has consented to the forfeiture of his interest in the following property as property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the drug trafficking conspiracy, and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of the drug trafficking conspiracy, and as specifically agreed to in the plea agreement:

Cryptocurrency stored at the wallet address 1Dc1jC4iuCmzePtRBUQjX5953uf1dxNMe9, as well as the wallet address linked to this QR image:



1Ngm5iR2cSTft2C5V8ywJCL4vYTS5nJwPM

(hereinafter, the "Subject Property");

WHEREAS, based on the Defendant's guilty plea and consent to forfeiture, this Court finds that the Subject Property constitutes proceeds derived from, or was used or intended to be used to commit or to facilitate, a violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C) and 841(b)(1)(D); and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C) and 841(b)(1)(D).

IT IS HEREBY ORDERED that pursuant to 21 U.S.C. § 853, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Department of Homeland

Security – Immigration and Customs Enforcement and/or its designee seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

    IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with 21 U.S.C. § 853(n)(1).

    IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

Dated:  February 17, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
Chief United States District Judge